# THE ROSENBLATT LAW FIRM
7695 SOUTHWEST 104TH STREET
SECOND FLOOR
PINECREST, FLORIDA 33156

TELEPHONE (305) 536-3300

ROBERT ALAN ROSENBLATT
PROFESSIONAL ASSOCIATION

LUIS OSCAR TORRES, INVESTIGATOR

FILED
IN CLERK'S OFFICE
U.S. D[ISTRICT COURT] E.D.N.Y.

MAY 3 1 2005

PM _____
TIME A.M. _____

May 20, 2005

**DHL OVERNIGHT**
The Honorable Cheryl L. Pollack
United States Magistrate Judge
United States District Court
Brooklyn Federal Courthouse
225 Cadman Plaza, East
Brooklyn, New York 11201

**Re: United States of America vs. Rafael Marmol ($600,341.00)**

04 CV 2314

Dear Judge Pollak:

Your judicial assistant suggested that I write regarding the status conference for May 25, 2005 at 10:30 a.m. I will be in Gainesville, Florida visiting my daughter at the University of Florida for her birthday on May 24, 2005. Therefore it is impossible for me to be physically present at the conference. If it is possible for me to attend via telephone please advise me at your earliest convenience.

Thank you for your courtesies.

Very truly yours,

Robert A. Rosenblatt, Esq.

RAR/mar
cc: Brendan King, AUSA

DICTATED BUT NOT READ
TO EXPEDITE DELIVERY

*Counsel may appear by telephone. Counsel is required to set up the conference. So Ordered. s/CLP — USMJ 5/23/05*

F 5/24/05 D